1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JIM FERGUSON,

11          Plaintiff,                    No. CIV S-06-1165 FCD DAD P

12      vs.

13   CALIFORNIA DEPARTMENT OF
     CORRECTIONS, et al.,
14
            Defendants.              ORDER
15   _____/

16          Plaintiff has requested an extension of time to file an amended complaint pursuant

17   to the court's December 1, 2006 order.  Good cause appearing, IT IS HEREBY ORDERED that:

18          1.  Plaintiff's December 26, 2006 application for enlargement of time is granted;

19   and

20          2.  Plaintiff is granted an extension of time to February 5, 2007, in which to file an

21   amended complaint.

22   DATED: January 4, 2007.

23

24                                    _____

25                                    DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE
26   DAD:13:bb
     ferg1165.36