IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIM FERGUSON,

        Plaintiff,               No. CIV S-06-1165 FCD DAD P

   vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.         <u>ORDER</u>
_____/

        Plaintiff has filed his second request for an extension of time to file an amended complaint pursuant to the court's order of December 1, 2006.  Good cause appearing, the request will be granted.

        IT IS HEREBY ORDERED that:

        1.  Plaintiff's February 5, 2007 application for an extension of time is granted; and

        2.  Plaintiff shall file an amended complaint on or before March 5, 2007.

DATED: February 13, 2007.

*Dale A. Drozd*

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
ferg1165.36sec