IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIM FERGUSON,

      Plaintiff,                       No. CIV S-06-1165 FCD DAD P

     vs.

CA DEPT OF CORRECTIONS, et al.,

      Defendants.               <u>ORDER</u>

         Plaintiff has requested an extension of time to file a second amended complaint pursuant to the court's order of September 24, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

         1. Plaintiff's October 22, 2007 request for an extension of time is granted; and

         2. Plaintiff is granted thirty days from the date of this order in which to file and serve a second amended complaint.

DATED: November 1, 2007.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:cm
ferg1165.36sac