IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIM FERGUSON,

     Plaintiff,                    No. CIV S-06-1165 FCD DAD P

     vs.

CA DEPT OF CORRECTION, et al.,

     Defendants.         ORDER

_____/

     Plaintiff has filed his second request for an extension of time to file a second amended complaint pursuant to the court's order of September 24, 2007. Good cause appearing, the request will be granted. No further extensions of time will be granted.

     IT IS HEREBY ORDERED that:

     1. Plaintiff's request for an extension of time is granted; and

     2. Plaintiff is granted thirty days from the date of this order in which to file a second amended complaint. No further extensions of time will be granted.

DATED: December 5, 2007.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:cm
ferg1165.36sac(2)