UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 06-1165 CAS | Date | August 30, 2013 |
|---|---|---|---|
| Title | *JIM FERGUSON v. CALIFORNIA DEPARTMENT OF CORRECTIONS, ET. AL* | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - MOTION TO DISMISS (Filed 07/05/13)[39]

MOTION TO DISMISS (Filed 08/26/13)[43]

The Court is in receipt of the above-referenced motions and sets the following briefing schedule:

Opposition shall be filed on or before October 31, 2013; and
Reply shall be filed on or before December 2, 2013.

Upon receipt of all briefing, the matter will stand submitted.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |